IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**JEFFREY OLSEN, on behalf of himself**                     **PLAINTIFF**
**and all others similarly situated**

v.           **CASE NO. 3:18-CV-00129-BSM**

**CLAY COUNTY, ARKANSAS**                                **DEFENDANT**

## ORDER

The parties have not made any filings in nearly eighteen months. *See* Doc. Nos. 24–27. It appears, therefore, that the settlement agreement the parties entered into, which they described as a partial settlement, was actually intended to operate as a full settlement. *See* Doc Nos. 22–23. Accordingly, the parties are directed to file a joint stipulation of dismissal within fourteen days. *See* Fed. R. Civ. P. 41(a)(1)(ii). If, however, the case should remain open, the parties are directed to file a status update within fourteen days showing good cause why dismissal is not appropriate.

IT IS SO ORDERED, this 25th day of March, 2021.

*/s/ Brian S. Miller*
UNITED STATES DISTRICT JUDGE