IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**JEFFREY OLSEN, on behalf of himself**                               **PLAINTIFF**
**and all others similarly situated**

v.                 **CASE NO. 3:18-CV-00129-BSM**

**CLAY COUNTY, ARKANSAS**                                         **DEFENDANT**

## ORDER

Pursuant to the parties' joint stipulation of dismissal [Doc. No. 30], this case is dismissed with prejudice.  *See* Fed. R. Civ. P. 41(a)(1)(A)(ii).

IT IS SO ORDERED, this 28th day of April, 2021.

                                               _____
                                               UNITED STATES DISTRICT JUDGE