IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**JEFFREY OLSEN, on behalf of himself**                 **PLAINTIFF**
**and all others similarly situated**

v.           CASE NO. 3:18-CV-00129-BSM

**CLAY COUNTY, ARKANSAS**                 **DEFENDANT**

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED, this 28th day of April, 2021.

_/s/ Brian S. Miller_
UNITED STATES DISTRICT JUDGE